161 A.3d 786

COMMONWEALTH of Pennsylvania, Respondent

v.

John NAJUNAS, Sr., Petitioner

No. 493 MAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

161 A.3d 786

In the INTEREST OF: C.D., a Minor

Petition of: K.S., Mother

No. 652 MAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.